**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00923-JLK

SANDRA CULBRETH,

      Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and casts once the settlement document has been executed by the parties and delivered to all counsel and the settlement terms have been completed by the parties. The parties expect this to happen by June 2, 2010.

Dated: May 21, 2010.

Respectfully Submitted,

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Steven J. Wienczkowski_ |
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, CO 80903 | 621 17th Street, Suite 1800 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 296-3566 |
| | Attorneys for the Defendant |